UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TATIANA DELGADO,**

    **Plaintiff,**

v.                                        **CASE NO: 8:19-CV-02926-SDM-AEP**

**ABC FINANCIAL SERVICES, LLC.,**

    **Defendant.**
_____/

**STIPULATED NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

    **COME NOW**, Plaintiff, **TATIANA DELGADO**, and Defendant(s), **ABC FINANCIAL SERVICES, LLC** ("Defendant"), by and through the undersigned counsel, and hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) and agree that Plaintiff's claims against Defendant should be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

    Respectfully submitted this **June 12, 2020**,

| | |
|---|---|
| **LAW OFFICE OF MICHAEL A. ZIEGLER, P.L.: DEBT FIGHTERS** | **BURR & FORMAN LLP** |
| */s/ Kaelyn Steinkraus* | */s/ Jacqueline Simms-Petredis* |
| Kaelyn Steinkraus, Esq. | Jacqueline Simms-Petredis, Esq. |
| Florida Bar No. 125132 | Florida Bar No. 906751 |
| kaelyn@attorneydebtfighters.com | jsimms-petredis@burr.com |
| 2561 Nursery Road, Suite A | 201 N. Franklin Street, Suite 3200 |
| Clearwater, FL 33764 | Tampa, FL 33602 |
| (p) (727) 538-4188 | (p) (813) 221-2626 |
| (f) (727) 362-4778 | (f) (813) 221-7335 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this **12** day of **June, 2020**, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

             */s/ Kaelyn Steinkraus*
             Kaelyn Steinkraus, Esq.
             Florida Bar No. 125132